FILED

10/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 24-0512

WILLIAM W. MERCER,

PETITIONER/APPELLEE,

v.

MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES;
CHARLES BRERETON, in his official capacity as Director of the Montana
Department of Public Health and Human Services; NICOLE GROSSBERG, in her
official capacity as Administrator of the Child and Family Services Division of the
Montana Department of Public Health and Human Services,

DEFENDANTS/APPELLANTS.

## *ORDER GRANTING MOTION FOR REVISED BRIEFING SCHEDULE*

For good cause shown in Appellee's Unopposed Motion for Revised

Briefing Schedule, the Court establishes the following deadline:

Appellee's Response Brief:     October 11, 2024

Appellants' Response Brief:     October 25, 2024

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 10 2024